| | |
|---|---|
| Michael W. Sobol (SBN 194857)<br>msobol@lchb.com<br>David T. Rudolph (SBN 233457)<br>drudolph@lchb.com<br>**LIEFF CABRASER HEIMANN**<br>**& BERNSTEIN, LLP**<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br><br>*Attorney for Plaintiffs Michie, et al., and the Proposed Classes*<br><br>Jason "Jay" Barnes (*pro hac vice*)<br>jaybarnes@simmonsfirm.com<br>**SIMMONS HANLY CONROY LLP**<br>12 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Telephone: (212) 784-6400<br>Facsimile: (212) 213-5949<br><br>*Attorney for Plaintiffs Michie, et al., and the Proposed Classes* | Christian Levis (*pro hac vice* forthcoming)<br>clevis@lowey.com<br>**LOWEY DANNENBERG, P.C.**<br>44 South Broadway, Suite 1100<br>White Plains, NY 10601<br>Tel.: (914) 997-0500<br>Fax: (914) 997-0035<br><br>*Attorney for Plaintiff Turner, and the Proposed Class*<br><br>Philip L. Fraietta (State Bar No. 354768)<br>**BURSOR & FISHER, P.A.**<br>1330 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Telephone: (646) 837-7150<br>Facsimile: (212) 989-9163<br>pfraietta@bursor.com<br><br>*Attorney for Plaintiffs Hernandez-Mendoza, et al., and the Proposed Class* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DOUG MICHIE and JUSTIN DYER, *individually and on behalf of all others similarly situated*,<br><br>                    Plaintiffs,<br><br>v.<br><br>TheTradeDesk, Inc., *a corporation organized under the laws of the State of Delaware*,<br><br>                    Defendant. | Case No. 3:25-cv-2889 (CRB)<br><br>Amended<br>[~~PROPOSED~~] **ORDER REGARDING MOTION TO CONSOLIDATE CASES PURSUANT TO FED. R. CIV. P. 42(a)** |

- 1 -

[~~PROPOSED~~] ORDER REGARDING MOTION TO CONSOLIDATE
CASES PURSUANT TO FED. R. CIV. P. 42(A)
CASE NO. 3:25-CV-2889 (CRB)

| | | |
|---|---|---|
| 1 | **This case relates to:** | Case No. 3:25-cv-2923 (CRB) |
| 2 | JORGE HERNANDEZ-MENDOZA, STACY PENNING, LAURA BONETTI, TANISHA DANTIGNAC, JESSICA JU, and ROBERT MASON, *individually and on behalf of all others similarly situated*, | |
| 3 | | |
| 4 | | |
| 5 | Plaintiffs, | |
| 6 | v. | |
| 7 | The Trade Desk, Inc., | |
| 8 | Defendant. | |
| 9 | | |
| 10 | **This case relates to:** | Case No. 3:25-cv-3136 (CRB) |
| 11 | JENNIFER TURNER, *individually and on behalf of all others similarly situated*, | |
| 12 | Plaintiff, | |
| 13 | v. | |
| 14 | The Trade Desk, Inc., | |
| 15 | Defendant. | |
| 16 | | |

## [~~PROPOSED~~] ORDER

Plaintiffs in the above-captioned actions hereby jointly move pursuant to Fed. R. Civ. P. 42(a) for an order consolidating *Michie, et al. v. TheTradeDesk, Inc.*, No. 3:25-cv-2889 ("*Michie*"), *Hernandez-Mendoza, et al. v. The Trade Desk, Inc.*, No. 3:25-cv-2923 ("*Hernandez-Mendoza*"), and *Turner v. The Trade Desk Inc.*, No. 3:25-cv-3136 ("*Turner*"), as well as any future related actions that may be filed in, or transferred or removed, to this Court.

Having considered the Motion for Consolidation, the Court hereby grants the Motion and consolidates *Michie*, *Hernandez-Mendoza*, and *Turner*. Consolidation is warranted because *Michie*, *Hernadez-Mendoza*, and *Turner* involve similar questions of fact and law such that consolidation will promote the just and efficient litigation of these actions. *See* Fed. R. Civ. P. 42(a). The Court orders the following regarding the administration of the consolidated actions:

- 2 -

[~~PROPOSED~~] ORDER REGARDING MOTION TO CONSOLIDATE CASES PURSUANT TO FED. R. CIV. P. 42(A)
CASE NO. 3:25-CV-2889 (CRB)

1. The case file for the consolidated action shall be maintained under the Master File Number, which is the lowest case number, No. 3:25-cv-2889.

2. All filings made in the consolidated action shall be filed under the Master File Number, No. 3:25-cv-2889.

3. All filings made in the consolidated action shall be filed under the consolidated case name, *In re The Trade Desk, Inc. Data Privacy Litigation*.

4. The consolidation order shall apply to any other case that is subsequently filed in, moved to, or transferred to this Court involving the same or substantively the same issues of law and fact as the above-captioned actions.

Within thirty days following the entry of this order, Plaintiffs in the consolidated Related Actions shall file a Consolidated Complaint. Defendant shall respond to the Consolidated Complaint within forty-five days. If Defendant responds by way of motion, Plaintiffs shall file any opposition within forty-five days, and Defendant shall file any Reply within thirty days.

A Case Management Conference will be scheduled for once Defendant has responded. The parties shall conduct the conference of counsel pursuant to Fed. R. Civ. P. 26(f) no later than twenty-one days prior to the Case Management Conference, and shall file a Joint Case Management Statement pursuant to Civil Local Rule 16-9 no later than seven days prior to the Case Management Conference.

**IT IS SO ORDERED**.

Date:  June 18 , 2025

_____
Hon. Charles R. Breyer
United States District Judge