| | |
|---|---|
| Michael W. Sobol (SBN 194857)<br>msobol@lchb.com<br>David T. Rudolph (SBN 233457)<br>drudolph@lchb.com<br>**LIEFF CABRASER HEIMANN<br>& BERNSTEIN, LLP**<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br><br>*Attorney for Plaintiffs Michie, et al., and<br>the Proposed Classes* | Susan Fahringer, (SBN 162978)<br>sfahringer@perkinscoie.com<br>Nicola Menaldo (*pro hac vice*)<br>nmenaldo@perkinscoie.com<br>**PERKINS COIE LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101<br>Telephone: (206) 359-8687<br>Facsimile: (206) 359-9000<br><br>Caroline Sundermeyer, (SBN 353219)<br>CSundermeyer@perkinscoie.com<br>**PERKINS COIE LLP**<br>3150 Porter Drive<br>Palo Alto, CA 94304<br>Telephone: (650) 838-4300<br>Facsimile: (650) 838-4350<br><br>*Attorneys for Defendant The Trade Desk, Inc.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DOUG MICHIE and JUSTIN DYER, *individually and on behalf of all others similarly situated*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>The Trade Desk, Inc., *a corporation organized under the laws of the State of Delaware*,<br><br>　　　　　Defendant. | Case No. 3:25-cv-2889 (CRB)<br><br>**JOINT STIPULATION AND [PROPOSED]<br>ORDER REGARDING SCHEDULING THE<br>INITIAL CASE MANAGEMENT<br>CONFERENCE** |

| | |
|---|---|
| **This case relates to:**<br><br>JORGE HERNANDEZ-MENDOZA, STACY PENNING, LAURA BONETTI, TANISHA DANTIGNAC, JESSICA JU, and ROBERT MASON, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>The Trade Desk, Inc.,<br><br>Defendant. | Case No. 3:25-cv-2923 (CRB) |
| **This case relates to:**<br><br>JENNIFER TURNER, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>The Trade Desk, Inc.,<br><br>Defendant. | Case No. 3:25-cv-3136 (CRB) |

1   Pursuant to Civil Local Rules 7-12 Plaintiffs Doug Michie and Justin Dyer ("Plaintiffs")
2   and Defendant The Trade Desk, Inc. ("Defendant," and together with Plaintiffs, the "Parties")
3   hereby stipulate as follows:

4   WHEREAS on March 28, 2025, Plaintiffs filed the complaint in this action. ECF No. 1.

5   WHEREAS this action was initially assigned to Magistrate Judge Sallie Kim, who ordered
6   the following deadlines: (1) June 9, 2025 deadline to file ADR certification, and to meet and confer
7   re initial disclosures, early settlement, ADR process selection, and discovery plan; (2) June 23,
8   2025 deadline to make initial disclosures and file an initial case management conference; and (3)
9   June 30, 2025 initial case management conference. ECF Nos. 5, 8.

10  WHEREAS on April 4, 2025 and April 9, 2025, respectively, Plaintiffs filed two unopposed
11  administrative motions to consider whether *Hernandez-Mendoza, et al. v. The Trade Desk, Inc.*,
12  No. 3:25-cv-2923-CRB (N.D. Cal.) ("*Hernandez-Mendoza*"), and *Turner v. The Trade Desk Inc.*,
13  No. 3:25-cv-3136-CRB (N.D. Cal.) ("*Turner*") should be related to this action. ECF Nos. 15, 17.

14  WHEREAS on April 9, 2025, Plaintiffs declined to proceed before a magistrate judge. ECF
15  No. 20.

16  WHEREAS On April 11, 2025, this action was reassigned to District Judge Charles R.
17  Breyer. ECF No. 22.

18  WHEREAS the Court ordered that "[a]ll hearing and trial dates presently scheduled are
19  vacated. . . Other deadlines such as those for ADR compliance and discovery cutoff also remain
20  unchanged." ECF No. 22.

21  WHEREAS the Court related *Hernandez-Mendoza* and *Turner* to this action. ECF Nos. 27,
22  28.

23  WHEREAS on May 15, 2025, Plaintiffs in this Action, together with the Plaintiffs in the
24  *Hernandez-Mendoza* and *Turner* actions, filed a joint Motion to Consolidate Cases and a Motion
25  to Appoint Interim Counsel. ECF Nos. 40, 41.

26  WHEREAS on May 29, 2025, Defendant filed a limited opposition to Plaintiffs' Motion to
27  Consolidate Cases regarding Plaintiffs' proposed schedule. ECF No. 43.

28  WHEREAS on June 5, 2025, Plaintiffs filed a Reply in support of their Motion to

1  Consolidate Cases. ECF No. 44.

2  WHEREAS the Parties agree that in the interest of the orderly and efficient conduct of this
3  case, these events and related deadlines should be deferred in light of Plaintiffs' pending Motion to
4  Consolidate Cases and Motion to Appoint Interim Counsel, the outcome of which will likely affect
5  the deadlines in this case;

6  NOW THEREFORE, the Parties, through their respective counsel and subject to the Court's
7  approval, STIPULATE and AGREE that the June 9, 2025 deadline to meet and confer about
8  initial disclosures, early settlement, and discovery plan; the June 23, 2025 deadline to make initial
9  disclosures and file an initial case management statement; and the June 30, 2025 initial case
10  management conference dates shall be deferred and removed from the calendar in this action.

15  Dated: June 5, 2025

Respectfully submitted

/s/ Nicola Menaldo
Susan Fahringer, (SBN 162978)
sfahringer@perkinscoie.com
Nicola Menaldo (*pro hac vice*)
nmenaldo@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-8687
Facsimile: (206) 359-9000

Caroline Sundermeyer, (SBN 353219)
CSundermeyer@perkinscoie.com
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

*Attorneys for Defendant The Trade Desk, Inc.*

/s/ David T. Rudolph
Michael W. Sobol (SBN 194857)
msobol@lchb.com
David T. Rudolph (SBN 233457)
drudolph@lchb.com
Linnea D. Pittman (*pro hac vice*)
lpittman@lchb.com
Danna Elmasry (*pro hac vice*)
delmasry@lchb.com
**LIEFF CABRASER HEIMANN
& BERNSTEIN LLP**
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Plaintiffs Michie and Dyer, and the Proposed Classes*

/s/ Jay Barnes
Jason "Jay" Barnes (*pro hac vice*)
jaybarnes@simmonsfirm.com

|   |   |
|---|---|
| 1 | Eric Johnson (*pro hac vice*) |
|   | ejohnson@simmonsfirm.com |
| 2 | An V. Truong (*pro hac vice*) |
|   | atruong@simmonsfirm.com |
| 3 | Sona R. Shah (*pro hac vice*) |
|   | sshah@simmonsfirm.com |
| 4 | **SIMMONS HANLY CONROY LLP** |
|   | 12 Madison Avenue, 7th Floor |
| 5 | New York, NY 10016 |
|   | Telephone: (212) 784-6400 |
| 6 | Facsimile:  (212) 213-5949 |

*Attorneys for Plaintiffs Michie and Dyer, and the Proposed Classes*

**[PROPOSED] ORDER**

Pursuant to the Joint Stipulation Regarding Scheduling the Initial Case Management Conference, **IT IS SO ORDERED**.

Date: June 6, 2025

By: _____
Hon. Charles R. Breyer
United States District Court Judge

4

CERTIFICATE OF SERVICE
CASE NO. 3:25-CV-2889 (CRB)

**[PROPOSED] ORDER**

Pursuant to the Joint Stipulation Regarding Scheduling the Initial Case Management Conference, **IT IS SO ORDERED**.

Date: June 6, 2025      By: _____
Hon. Charles R. Breyer
United States District Court Judge

4

CERTIFICATE OF SERVICE
CASE NO. 3:25-CV-2889 (CRB)